Jeff SUTHERLAND; Tammy
Sutherland, Appellants,

v.

Brian MASSA, in his official and individual capacity; Lisa McCool, in her official and individual capacity; Robert Evenson, in his official and individual capacity; McDonald County 911 Center; Don O'Brien, in his official and individual capacity; Timothy Miller, in his official capacity; Ted Huston, in his official capacity; Richard Huston, in his official capacity; Bill Anderson, in his official capacity; Ozzy Amos, in his official capacity; Danny Malcom, in his official capacity, Appellees.

No. 10–3598.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 29, 2011.

Filed: July 8, 2011.

Stephen Sherman Wyse, Wyse Law Firm, Columbia, MO, for Appellants.

Malcolm Lee Robertson, Richard Tyler Strodtman, Phillip D. Greathouse, Ronald E. Mitchell, Blanchard & Robertson, Joplin, MO, for Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jeff and Tammy Sutherland appeal following the district court's [1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Following careful review, we conclude that the district court (1) properly granted summary judgment for the reasons expressed by the court; (2) did not abuse its discretion in denying the Sutherlands' motion to amend their complaint, which they filed almost a year after the amendment deadline and while dispositive motions were pending; and (3) did not err in denying as moot the Sutherlands' motion for partial summary judgment on the new claim that they sought to add in an amended complaint. *See Bell v. Kansas City Police Dep't,* 635 F.3d 346, 347 (8th Cir.2011) (per curiam) (summary judgment standard of review); *Deutsche Fin. Servs. Corp. v. BCS Ins. Co.,* 299 F.3d 692, 700 (8th Cir.2002) (standard of review of denial of motion to amend complaint).[2] Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

2. We decline to consider those claims that the Sutherlands have abandoned, *see Griffith v. City of Des Moines,* 387 F.3d 733, 739 (8th Cir.2004), or the issues they have not meaningfully briefed, *see Meyers v. Starke,* 420 F.3d 738, 743 (8th Cir.2005).